**O, JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN RECHT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIKTOK INC, et al.,<br><br>　　　　　Defendants. | CASE NO.:  2:22-cv-08613-MEMF (AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING JPML RULING [ECF NO. 27]** |

/ / /
/ / /

1

The Court, having reviewed the parties' Joint Stipulation to Stay Case Pending JPML Ruling (ECF No. 27), and finding good cause therefor, hereby GRANTS the request. This case is STAYED pursuant to the following guidelines:

1. All proceedings and deadlines, including but not limited to the requirement for any party to file a pleading, responsive pleading, or motion under Federal Rules of Civil Procedure 8, 9, or 12 shall be STAYED in this action until further order of this Court, following a ruling by the JPML on Plaintiff's Motion to Vacate CTO-3 and his Motion for MDL Consolidation. However, such stay of this case shall be lifted if Defendants respond to any complaint in the related cases identified as potential tag-along actions in the JPML proceedings, during the pendency of Plaintiff's Motion to Vacate CTO-3 or his Motion for MDL Consolidation.

2. The Parties shall promptly notify this Court of the JPML's ruling on Plaintiff's Motion to Vacate CTO-3 and his Motion for MDL Consolidation.

3. The Parties reserve all other rights.

**IT IS SO ORDERED.**

Dated: February 1, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge